**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT FOR TENNESSEE**

| | |
|---|---|
| **TIMOTHY ALLEN ATCHISON** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| | ) |
| **HUBBELL INDUSTRIAL CONTROLS, INC.** | ) |
| | ) |
| **Defendants.** | ) |

ATCHISON COMP. EX.2

joint venture

business plan


**From:** "tjatchison@netzero.net" <tjatchison@netzero.net>

**To:** vhinton@consolidated.net

**Sent:** Tue, Sep 20, 2005 08:03 PM

**Subject:** Re: Business Plan

---

Vance,
Good evening. I am sorry to hear the bit of unanticipated news, but I can certainly understand the banks position in this matter. I bet this was quite a surprize. Nonetheless, thank you for providing the update. Please keep me informed, and if I can be of any help please let me know.
Best regards,
Tim Atchison

-- "Vance Hinton" <vhinton@consolidated.net> wrote:
Gentlemen,

I visited our bank today to drop off some information that they had requested, and I received some disappointing news. The bank representative indicated that we will not be allowed to utilize our current available working capital line of credit towards establishing a new division, and we must receive prior bank approval on a complete, detailed, minimum 3 year business plan (they preferred 5 year, but since we are a good customer a 3 year plan will suffice) on the proposed new division. Since our company has grown so quickly (and is still growing), our current, established working capital line must stay available and committed to Powerohm Resistors, Inc., and we will have to have an increase approved to cover the new division working capital requirements.

A detailed business plan (like what our bank expects) will take some time to prepare, and we will need to get quite a bit of information together so this plan can be done. Once submitted to the bank, we will have to wait for loan committee approval, which may take a week or so after submittal.

Since our request may not be granted an automatic acceptance (I don't anticipate any problems, but one can never be certain) it would be wise for you guys to hold off on making any moves until we know for sure the outcome.

I was under the impression that we could use our established working capital line for any purpose, but this isn't the case (I guess it pays to know what's contained in the fine print). I'm not optimistic that we will be able to move on this in time to allow for your termination as of October 10, 2005. I'll get with Richard and our CPA to see about putting the required formal business plan together, and I'll let everyone know what information will be needed in order to complete the business plan, and about how long it may take. My sincere apologies for the unforeseen delay.

Sincerely,

Vance Hinton

## 1.0 Executive Summary

## 1.1 Objectives

1. Achieve earnings of $500,000 in the first year of operation.

2. Maintain inventory levels for immediate customer needs and fast delivery schedules.

3. Grow sales to $1.5M in second year (FY2007) and increase sales by 50% to $2.25M in third year (FY2008).

## 1.2 Mission

Our mission: Combining a well established electronic / engineering team with great sales experience with a highly respected and well known resistor manufacturing group into a one-stop source for a comprehensive reliable line of power electronics.

To provide quality products and services at lower cost's than competetors while maintaining high standards and superior performance that meet the needs of industy.

Maintain inventory levels for immediate customer needs and fast delivery

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 3 of 38 PageID #: 52

Confidentiality Agreement

The undersigned reader acknowledges that the information provided by ________________ in this business plan is confidential; therefore, reader agrees not to disclose it without the express written permission of ________________.

It is acknowledged by reader that information to be furnished in this business plan is in all respects confidential in nature, other than information which is in the public domain through other means and that any disclosure or use of same by reader, may cause serious harm or damage to ________________.

Upon request, this document is to be immediately returned to ________________.

______________________
Signature

______________________
Name (typed or printed)

______________________
Date

This is a business plan. It does not imply an offering of securities.

# Table of Contents

**1.0 Executive Summary** .......... **1**
- 1.1 Objectives .......... 2
- 1.2 Mission .......... 2
- 1.3 Keys to Success .......... 2

**2.0 Company Summary** .......... **3**
- 2.1 Company Ownership .......... 3
- 2.2 Start-up Summary .......... 3

**3.0 Products and Services** .......... **5**

**4.0 Market Analysis Summary** .......... **6**
- 4.1 Market Segmentation .......... 6
- 4.2 Target Market Segment Strategy .......... 8
- 4.3 Service Business Analysis .......... 8
  - 4.3.1 Competition and Buying Patterns .......... 9

**5.0 Strategy and Implementation Summary** .......... **9**
- 5.1 Competitive Edge .......... 10
- 5.2 Marketing Strategy .......... 10
- 5.3 Sales Strategy .......... 10
  - 5.3.1 Sales Forecast .......... 11
- 5.4 Milestones .......... 13

**6.0 Management Summary** .......... **16**
- 6.1 Personnel Plan .......... 16

**7.0 Financial Plan** .......... **17**
- 7.1 Start-up Funding .......... 17
- 7.2 Important Assumptions .......... 18
- 7.3 Break-even Analysis .......... 18
- 7.4 Projected Profit and Loss .......... 20
- 7.5 Projected Cash Flow .......... 23
- 7.6 Projected Balance Sheet .......... 24
- 7.7 Business Ratios .......... 25

**Appendix** .......... **27**

## 1.0 Executive Summary

Power Electronics located in Nashville, TN is a new Industrial Electronics Manufacturer dedicated to provide our customers with the products they need in a timely manner that are reliable, quality made and thoroughly tested for proper operation.

Comprised of three personnel that the industry is very familiar with, we expect sales and profits to exceed this plan within in first year. Growth of this company is completely unit sales driven and will more than likely increase two-fold at the first year end point.

Plan Highlights:

Establishing products that will exceed any other in the market, yet are less expensive than those currently available.

Introduction of industry requested, state-of-the-art products that are leading edge technology driven, such as Ultra-Capacitor systems.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 6 of 38 PageID #: 55

## 1.1 Objectives

1. Achieve earnings of $500,000 in the first year of operation.

2. Maintain inventory levels for immediate customer needs and fast delivery schedules.

3. Grow sales to $1.5M in second year (FY2007) and increase sales by 50% to $2.25M in third year (FY2008).

## 1.2 Mission

Our mission: Combining a well established electronic / engineering team with great sales experience accompanied by a highly respected and well known resistor manufacturing group into a one-stop source for a comprehensive reliable line of power electronics.

To provide quality products and services at lower cost's than competitors while maintaining high standards and superior performance that meet the needs of industry.

Maintain inventory levels for immediate customer needs and fast delivery schedules.

## 1.3 Keys to Success

Experience within industry

Combined years of Experience - 45+ years

Relationship with existing customer base

Maintain inventory of products for immediate customer support

Vast experience with custom designs in a fast manner

Leadership, Coordination, and Organizational skills

## 2.0 Company Summary

Products will include Drive System Accessories in the form of Braking Transistors, Line Regen Modules, Resistors, Capacitive Energy Storage / Retrieval.

Customer base is comprised of Drive Manufactures, Distributors and Integrators of Industrial Systems

Located in Nashville, TN while the main office is in Katy, TX with a branch in Florence, KY.

## 2.1 Company Ownership

Power Electronics is a Division of PowerOhm Resistors, America's choice for resistive braking components.

## 2.2 Start-up Summary

Start-Up Expenses

Legal and Insurance - Unknown

Rent: Based on building size of approximately 2500 square feet, including Office and Warehouse space. $1500.00 per month. 1 Year contract minimum required, lower monthly rent can be achieved with longer contract term.

Phone System: Consist of watts line program and /or service provided from Powerohm.

Computer: Consisting of 3 DeskTops and 1 Server for Manufacturing and Daily Sales / Data storage, copier, and Printers.

Office Supplies: Routine and daily supplies. Paper, inks, notepads, staplers, pens and personal hygiene needs.

Design and Manufacturing Software: CAD circuit Design, Filemaker Pro and Inventory Database software.

Start-Up Assets

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 8 of 38 PageID #: 57

Cash Required: Based on calculations within this plan, we would need $168,000 to cover all operations until such time profits would be self-sustaining.

Start-Up Inventory: Includes initial Transistor Product Line to be built for inventory.

Other Current Assets: Components for initial product line manufacturing and circuit assembly.

Long-term Assets: Include Desks, Chairs, File Cabinets, Tools, Test Equipment, and shipping/moving equipment. Storage Equipment.

**Table: Start-up**

| Start-up | |
|---|---|
| Requirements | |
| Start-up Expenses | |
| Legal | $0 |
| Insurance | $0 |
| Rent | $18,000 |
| Computer | $2,500 |
| Office Supplies | $1,000 |
| Design and Manufacturing Software | $3,000 |
| Phone System | $3,500 |
| Other | $0 |
| Total Start-up Expenses | $28,000 |
| Start-up Assets | |
| Cash Required | $110,000 |
| Start-up Inventory | $10,000 |
| Other Current Assets | $11,000 |
| Long-term Assets | $9,000 |
| Total Assets | $140,000 |
| Total Requirements | $168,000 |



### 3.0 Products and Services

Our mission is to provide industrial electronics made in the USA for global distribution.

Products:

Industrial electronics for the purpose of energy control based upon application requirements. This may include the dissipation of excess energy, storage of excess energy, and or temporary supply of energy during power interruption. This will be initiated starting with the least involved modules to move into production.

Services:

Engineering:

To provide consultation to engineers and technicians in the industrial field.

To provide specialized designs and custom manufacturing at competitive prices and extremely fast delivery.

Technical and application support for electronic products along with parent company resistor products.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 10 of 38 PageID #: 59

Repair Services:

To provide prompt repair of our product as well as competitors when necessary.

Provide on site technical assistance for troubleshooting and / or start-up installation.

## 4.0 Market Analysis Summary

Power Electronics will focus on the Drive Specialists and Engineers associated with all major industrial distributors and Integrators. Our products are used in almost every industrial process, including Cranes, Conveyors, Centrifuges, Milling, Mining, Fabrics and Plastics, Medical, Chemical, Integrated Circuit Wafer, Motor test stands, and Fans just to name a few.

The Distribution network for these products is immense and includes major manufacturers of Drives, including Rockwell Automation, McNaughton-McKay Electric Company, OMRON IDM Controls, Motion Industries, Champion Elevators, and numerous other exclusive distributors of Drive Manufactures. Our products are for use with all AC Variable Drives and do not require special setup for the different types of Drives.

## 4.1 Market Segmentation

Manufacturers

Manufacturers will consist of companies that produce VFDs but have not developed adequate peripherals for all applications. Large companies would not find it practical to design for all applications for one particular VFD series.

Distributors:

Distributors will consist of those companies that only buy and resell electronic equipment to either integrators or actual end users. Distributors typically buy in higher volumes.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 11 of 38 PageID #: 60

Integrators:

Integrators are the companies in which the systems are designed and constructed for specific applications. Integrators will usually consider all accessories that will need to be provided with the VFDs. There will be an occasional oversight in which accessories must be obtained sooner than can be provided by VFD manufacturers.

End User:

End users will most often be directed through one of our other sales channels such as distributors, however there will be an occasion in which our product will be needed for an emergency purpose. End users will be required to purchase by means of credit card or other guaranteed / secured transaction.

**Table: Market Analysis**

| Market Analysis | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
| Potential Customers | Growth | | | | | | CAGR |
| Manufacturers | 10% | 100 | 110 | 121 | 133 | 146 | 9.92% |
| Distributors | 10% | 5,000 | 5,500 | 6,050 | 6,655 | 7,321 | 10.00% |
| Integrators | 10% | 10,000 | 11,000 | 12,100 | 13,310 | 14,641 | 10.00% |
| End Users | 10% | 200,000 | 220,000 | 242,000 | 266,200 | 292,820 | 10.00% |
| Total | 10.00% | 215,100 | 236,610 | 260,271 | 286,298 | 314,928 | 10.00% |

Market Analysis (Pie)

Manufacturers
Distributors
Integrators
End Users

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 12 of 38 PageID #: 61

### 4.2 Target Market Segment Strategy

Power Electronics is in a unique position. Several Integrators are in the process of upgrading the older outdated systems and installing new and state of the art systems. We are involved with 4 companies that will require our services for their immediate and future needs. We have worked with these companies at previous employer, and have provided systems that exceeded their requests. Because of the relationships generated and the products outstanding performance, these companies appreciate the detail and scope of our designs and are very loyal to us.

There are many, many more companies that we have provided these same services and products for and will most likely require our services in the future.

### 4.3 Service Business Analysis

We are interested in filling small needs in the industrial electronics market. The needs would consist of the following.

This industry provides specialized products that prolong the life expectancy of motors, reduce down time of critical applications and maintain a tight tolerance over speed verses time. Drive manufacturers also have these products but for a limited use basis. Most drive manufacturers do not maintain enough "on-hand" stock to satisfy the end-users needs, and if they are available, generally you would have to purchase a quantity of product for one application.

Our industry takes full advantage of this by providing one or two modules for the application. This eliminates long lead times and is a lower cost for the end-user. Another advantage is that these modules are not application dependant, but rather can be used generically for the majority of application situations.

Competition is limited to the Drive Manufacturers and a few small businesses, like ourselves. Our advantage is 3 fold:

-Direct tie to the Resistor Manufacturer (PowerOhm)

-Previous employer - now competition, is loosing 2 design engineers and 1 sales person.

-Ability to take customer requirements from concept to manufacturing in a very short period of time.

We are committed to providing prompt customer support and assistance for our products along with being familiar with many other products and applications being used. This "free" support is another means of building customer relations and in turn generating more business.

### 4.3.1 Competition and Buying Patterns

The general nature of this business is based on price and availability of products. When a customer has a need for the product it is possible they did not consider it in the planning stages and now have an immediate need. Without our product it would cost them time, money and most importantly, product not being able to ship for market.

We are able to provide the right module in a short period of time and generally less expensive than any other competitor in this market.

## 5.0 Strategy and Implementation Summary

Although this plan is based on very conservative numbers, we expect reality to be much higher based on previous employment facts.

Based on previous employers decisions and business practices, there is a huge opportunity for this new business to take off in a hurry. Briefly, previous employer has made bad hiring decisions, is reluctant to meet customers needs and wishes for new products in which the industry is leaning, the upper management has lost its grip on production, parts management and the overall health of the company is declining due to low morale.

The facts above are genuine and one of the reason for us to establish Power Electronics. We sincerely believe that when our advertising begins and we have sufficient product inventory, that the market will start to shift our way. We have the backing of our parent company, PowerOhm Resistors, Inc. to proceed as we see necessary based on customer demand for new products as well as our current products.

The initial staff for Power Electronics is very detail oriented and skilled in the areas of successful business practices. Committed, organized and customer oriented personnel who design, manufacture, repair and offer quality products that the industry needs, are keys to our success.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 14 of 38 PageID #: 63

### 5.1 Competitive Edge

Our competitive edge is simple. Companies will buy our product because the products they have come to trust and request were designed and developed by the two engineers who are now with Power Electronics. Combined with this is the customer service we are known for. Basically, the 3 individuals involved with starting Power Electronics are the same three people that formed a great team at previous employment.

### 5.2 Marketing Strategy

Marketing Strategy includes being announced or advertised on the PowerOhm Resistors Web Page, word of mouth from their sales personnel, and of course, making calls to prospective and loyal customers.

The uniqueness of Power Electronics combining or becoming a division of PowerOhm Resistors, is that our products compliment each other. The majority of applications will require a resistor (PowerOhm) with a transistor module(Power Electronics).

### 5.3 Sales Strategy

This section can best be summarized by the relationships we acquired over the last several years. Our reputations on providing excellent customer service, technical expertise in engineering consultations and vast knowledge about how the applications "really work". We are able to communicate in simple, strait forward terms that the customers can understand.

The products are a necessity in most applications involving AC Variable Frequency Drives. Sometimes these needs are overlooked until the processes are started for the first time and require equipment immediately to avoid deadlines and start-up fines.

### 5.3.1 Sales Forecast

**Table: Sales Forecast**

| Sales Forecast | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Unit Sales | | | |
| Transistor Modules | 110 | 150 | 250 |
| Line Regeneration Modules | 17 | 25 | 50 |
| Custom Power Modules | 12 | 15 | 20 |
| Resistive Loads | 145 | 250 | 250 |
| Repair Services | 7 | 25 | 50 |
| Field Services | 2 | 2 | 2 |
| Power Dip / Boost Modules | 0 | 2 | 10 |
| Total Unit Sales | 292 | 469 | 632 |
| | | | |
| Unit Prices | Year 1 | Year 2 | Year 3 |
| Transistor Modules | $2,100.00 | $2,100.00 | $2,100.00 |
| Line Regeneration Modules | $4,500.00 | $4,500.00 | $4,500.00 |
| Custom Power Modules | $1,100.00 | $1,100.00 | $1,100.00 |
| Resistive Loads | $300.00 | $300.00 | $300.00 |
| Repair Services | $300.00 | $300.00 | $300.00 |
| Field Services | $1,000.00 | $1,000.00 | $1,000.00 |
| Power Dip / Boost Modules | $0.00 | $12,000.00 | $12,000.00 |
| | | | |
| Sales | | | |
| Transistor Modules | $231,558 | $315,000 | $525,000 |
| Line Regeneration Modules | $74,596 | $112,500 | $225,000 |
| Custom Power Modules | $12,724 | $16,500 | $22,000 |
| Resistive Loads | $43,503 | $75,000 | $75,000 |
| Repair Services | $2,100 | $7,500 | $15,000 |
| Field Services | $2,000 | $2,000 | $2,000 |
| Power Dip / Boost Modules | $0 | $24,000 | $120,000 |
| Total Sales | $366,480 | $552,500 | $984,000 |
| | | | |
| Direct Unit Costs | Year 1 | Year 2 | Year 3 |
| Transistor Modules | $525.00 | $525.00 | $525.00 |
| Line Regeneration Modules | $1,350.00 | $1,350.00 | $1,350.00 |
| Custom Power Modules | $275.00 | $275.00 | $275.00 |
| Resistive Loads | $105.00 | $105.00 | $105.00 |
| Repair Services | $30.00 | $30.00 | $30.00 |
| Field Services | $50.00 | $50.00 | $50.00 |
| Power Dip / Boost Modules | $0.00 | $4,200.00 | $4,200.00 |
| | | | |
| Direct Cost of Sales | | | |
| Transistor Modules | $57,889 | $78,750 | $131,250 |
| Line Regeneration Modules | $22,379 | $33,750 | $67,500 |
| Custom Power Modules | $3,181 | $4,125 | $5,500 |
| Resistive Loads | $15,226 | $26,250 | $26,250 |
| Repair Services | $210 | $750 | $1,500 |
| Field Services | $100 | $100 | $100 |
| Power Dip / Boost Modules | $0 | $8,400 | $42,000 |
| Subtotal Direct Cost of Sales | $98,985 | $152,125 | $274,100 |

Power Electronics

Sales Monthly

$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$0
Month 1
Month 2
Month 3
Month 4
Month 5
Month 6
Month 7
Month 8
Month 9
Month 10
Month 11
Month 12
Transistor Modules
Line Regeneration Modules
Custom Power Modules
Resistive Loads
Repair Services
Field Services
Power Dip / Boost Modules

Sales by Year

$1,000,000
$800,000
$600,000
$400,000
$200,000
$0
Year 1
Year 2
Year 3
Transistor Modules
Line Regeneration Modules
Custom Power Modules
Resistive Loads
Repair Services
Field Services
Power Dip / Boost Modules

Page 12

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 17 of 38 PageID #: 66

Engineering Services: ENGD (Design), ENGOS (On-Site)

Documentation Number Scheme:

Example: TT-MN-ddmmyyy-RevX-ddmmyyy

Where: TT = Type of Documentation (BR - Brochure, IM - Installation Manual, DGX - Drawing(Where X = W - Wiring, B - Block Diagram, O - Outline, F - Fabrication, M - Metal Work)), MN = Module Number (From Part Number Scheme), ddmmyyyy = Original date generated, RevX = Revision(X = number or letter), ddmmyyy = Revision date.

Manufacturing Database:

Install manufacturing database, cad software, and create inventory scheme in preparation for production.

Office Supplies and Test Equipment:

Requisition office supplies, office equipment, test equipment, tools and material handling equipment.

Quotes / Sales Database:

Used to track active quotes, Purchase Orders and Sales Orders, Ship to, Bill to and Customer / Contact info and parts / qty ordered. Order Acknowledgement and Packing Slip generation as well as quote fax forms will be available in this database.

Create Shunt Cross Reference:

Establish cross reference for Rockwell/AB shunt modules. PowerOhm will be responsible for UL/CSA approval which will generate immediate sales.

Power Transistor & Line Regen Modules:



Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 18 of 38 PageID #: 67

Engineering will design circuit, create PCB, and construct modules for new power transistor and regen module lines. Manuals will be developed in conjunction with design for accuracy of literature.

**Table: Milestones**

Milestones

| Milestone | Start Date | End Date | Budget | Manager | Department |
|---|---|---|---|---|---|
| Start Date | 4/1/2006 | 4/14/2006 | $0 | | |
| Coporate Identity | 4/1/2006 | 4/14/2006 | $26,500 | MLR | Admin |
| Component Stock | 4/3/2006 | 4/21/2006 | $13,000 | TWO | ENG |
| Create Customer Database | 4/3/2006 | 4/7/2006 | $0 | MLR | Admin |
| Create Doc Number Scheme | 4/3/2006 | 4/14/2006 | $0 | MLR/TAA/TWO | ALL |
| Create Part Number Schemes | 4/3/2006 | 4/14/2006 | $0 | MLR/TAA/TWO | ALL |
| Install / Start Manufacturing Database | 4/3/2006 | 4/4/2006 | $4,000 | MLR/TAA/TWO | ALL |
| Office Supplies and Test Equipment | 4/3/2006 | 4/21/2006 | $15,500 | MLR | Admin |
| Create Quotes/Sales Database | 4/10/2006 | 4/14/2006 | $0 | MLR | Admin |
| Create Shunt X-ref | 4/10/2006 | 4/21/2006 | $0 | MLR/TAA/TWO | ALL |
| PT Module Design | 4/10/2006 | 6/23/2006 | $0 | TAA/TWO | ENG |
| PT PCB Design | 4/10/2006 | 5/12/2006 | $0 | TAA/TWO | ENG |
| Transistor Manual | 4/10/2006 | 6/23/2006 | $300 | MLR/TAA/TWO | ALL |
| Regen Manual | 6/26/2006 | 9/15/2006 | $300 | TAA/TWO | ENG |
| Regen PCB Design | 6/26/2006 | 8/24/2006 | $0 | TAA/TWO | ENG |
| Regen Unit Design | 6/26/2006 | 9/15/2006 | $0 | TAA/TWO | ENG |
| Totals | | | $59,600 | | |

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 19 of 38 PageID #: 68

## 6.0 Management Summary

Power Electronics has 3 employees, with a future need of 4 more personnel.

Initially, product design, manufacturing, testing and all other tasks can be handled by the 3 founders. Once products have been established and sales generated, we would like to bring on a manufacturing team comprised of board assembly, product assembly and quality assurance personnel. We would expect the additional 4 personnel to be within the first 18 months of operation.

## 6.1 Personnel Plan

We plan on initiating this company with 3 employees. The growth of the company will be determined by how accurately and efficiently the company is able to implement the facets of this business plan.

Each member of the team is highly valued; everyone is expected to have opinions, as it is a team that will make this company excel. It is the mission of the company to employ people who are committed to a high standard of excellence, who thrive on a team atmosphere, and who have outstanding people skills. This idealism is represented by the current staff, and will continue to be the guideline by which new team members are hired.

**Table: Personnel**

| Personnel Plan | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Sales | $65,004 | $66,950 | $70,297 |
| Engineering | $105,000 | $108,150 | $113,550 |
| Board Assembly | $0 | $25,000 | $26,250 |
| Module Assembly | $0 | $25,000 | $26,250 |
| Quality Assurance | $0 | $0 | $35,000 |
| Production | $65,004 | $66,950 | $70,297 |
| Total People | 3 | 5 | 6 |
| Total Payroll | $235,008 | $292,050 | $341,644 |

## 7.0 Financial Plan

Although we are treating the business as a start-up company, the financial plan is solidly based on past performance. We projected income based on actual past performance with a very conservative edge.

We approached the financial planning from a conservative standpoint, and based those numbers on achievable gross margins. Sales will increase significantly once the products are defined and inventory established allowing for fast delivery that customers want.

## 7.1 Start-up Funding

The start-up funding listed will be secured or obtained by PowerOhm Inc. The amount of $158,000 will be used to cover startup and cash flow. This amount may not be required at startup but will most likely be needed to fund monthly expenditures until sufficient profits are obtained.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 21 of 38 PageID #: 70

**Table: Start-up Funding**

| Start-up Funding | |
|---|---|
| Start-up Expenses to Fund | $28,000 |
| Start-up Assets to Fund | $140,000 |
| Total Funding Required | $168,000 |
| | |
| Assets | |
| Non-cash Assets from Start-up | $30,000 |
| Cash Requirements from Start-up | $110,000 |
| Additional Cash Raised | $0 |
| Cash Balance on Starting Date | $110,000 |
| Total Assets | $140,000 |
| | |
| Liabilities and Capital | |
| | |
| Liabilities | |
| Current Borrowing | $28,000 |
| Long-term Liabilities | $130,000 |
| Accounts Payable (Outstanding Bills) | $0 |
| Other Current Liabilities (interest-free) | $0 |
| Total Liabilities | $158,000 |
| | |
| Capital | |
| | |
| Planned Investment | |
| Owner | $0 |
| Investor | $0 |
| Additional Investment Requirement | $10,000 |
| Total Planned Investment | $10,000 |
| | |
| Loss at Start-up (Start-up Expenses) | ($28,000) |
| Total Capital | ($18,000) |
| | |
| Total Capital and Liabilities | $140,000 |
| | |
| Total Funding | $168,000 |

## 7.2 Important Assumptions

The table below presents the assumptions used in the financial calculations of this business plan.

## 7.3 Break-even Analysis

For our break-even analysis, we assume running costs of approximately $25,000 per month, which includes our full payroll, rent, and utilities.

We will monitor gross margins very closely, and maintain them at or above 49% by taking advantage of all promotions and discounts offered by our manufacturers.

The chart shows that we need to sell about $34,246 per month to break even. According to these assumptions, this is about 80% of our projected sales for our first year.

Most of the first years expenses will be incurred as Engineering expenses to design new product. Once these products are on the market, the profit margin increases per module.

**Table: Break-even Analysis**

| Break-even Analysis | |
|---|---|
| Monthly Units Break-even | 27 |
| Monthly Revenue Break-even | $34,246 |
| Assumptions: | |
| Average Per-Unit Revenue | $1,255.07 |
| Average Per-Unit Variable Cost | $338.99 |
| Estimated Monthly Fixed Cost | $24,997 |

Break-even Analysis

Break-even point = where line intersects with 0

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 23 of 38 PageID #: 72

### 7.4 Projected Profit and Loss

Our Pro Forma Profit and Loss statement was constructed from a conservative point-of-view, and is based in large part on past performance. By creating reliable products, and re establishing our customer relationships, we will widen our customer base and increase sales.

Month-to-month assumptions for profit and loss are included in the appendix.

**Table: Profit and Loss**

| Pro Forma Profit and Loss | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Sales | $366,480 | $552,500 | $984,000 |
| Direct Costs of Goods | $98,985 | $152,125 | $274,100 |
| Other Costs of Goods | $2,400 | $3,000 | $5,000 |
| | ---------- | ---------- | ---------- |
| Cost of Goods Sold | $101,385 | $155,125 | $279,100 |
| | | | |
| Gross Margin | $265,095 | $397,375 | $704,900 |
| Gross Margin % | 72.34% | 71.92% | 71.64% |
| | | | |
| Expenses | | | |
| Payroll | $235,008 | $292,050 | $341,644 |
| Marketing/Promotion | $1,200 | $1,800 | $1,800 |
| Depreciation | $0 | $0 | $0 |
| Rent | $18,000 | $18,000 | $18,000 |
| Utilities | $9,600 | $10,000 | $10,000 |
| Insurance | $0 | $0 | $0 |
| Payroll Taxes | $35,251 | $43,808 | $51,247 |
| Alarm / Security | $900 | $900 | $900 |
| | ---------- | ---------- | ---------- |
| Total Operating Expenses | $299,959 | $366,558 | $423,591 |
| | | | |
| Profit Before Interest and Taxes | ($34,864) | $30,818 | $281,309 |
| EBITDA | ($34,864) | $30,818 | $281,309 |
| Interest Expense | $15,800 | $15,800 | $15,800 |
| Taxes Incurred | $0 | $0 | $0 |
| | | | |
| Net Profit | ($50,664) | $15,018 | $265,509 |
| Net Profit/Sales | -13.82% | 2.72% | 26.98% |

Profit Monthly

Profit Yearly



Gross Margin Monthly

Gross Margin Yearly

## 7.5 Projected Cash Flow

The cash flow depends on assumptions for inventory turnover, payment days, and accounts receivable management. Our projected 60-day collection days is not ideal, but it is realistic in this market, and hard for us to effectively change. We're better off planning for it than ignoring it. We need available finances in the first three / four months to get through a cash flow dip as we build up inventory and design products that cover a diversified range of needs.

**Table: Cash Flow**

| Pro Forma Cash Flow | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| Cash Received | | | |
| | | | |
| Cash from Operations | | | |
| Cash Sales | $366,480 | $552,500 | $984,000 |
| Subtotal Cash from Operations | $366,480 | $552,500 | $984,000 |
| | | | |
| Additional Cash Received | | | |
| Sales Tax, VAT, HST/GST Received | $0 | $0 | $0 |
| New Current Borrowing | $0 | $0 | $0 |
| New Other Liabilities (interest-free) | $0 | $0 | $0 |
| New Long-term Liabilities | $0 | $0 | $0 |
| Sales of Other Current Assets | $0 | $0 | $0 |
| Sales of Long-term Assets | $0 | $0 | $0 |
| New Investment Received | $0 | $0 | $0 |
| Subtotal Cash Received | $366,480 | $552,500 | $984,000 |
| | | | |
| Expenditures | Year 1 | Year 2 | Year 3 |
| | | | |
| Expenditures from Operations | | | |
| Cash Spending | $235,008 | $292,050 | $341,644 |
| Bill Payments | $165,107 | $255,360 | $384,207 |
| Subtotal Spent on Operations | $400,115 | $547,410 | $725,851 |
| | | | |
| Additional Cash Spent | | | |
| Sales Tax, VAT, HST/GST Paid Out | $0 | $0 | $0 |
| Principal Repayment of Current Borrowing | $0 | $0 | $0 |
| Other Liabilities Principal Repayment | $0 | $0 | $0 |
| Long-term Liabilities Principal Repayment | $0 | $0 | $0 |
| Purchase Other Current Assets | $0 | $0 | $0 |
| Purchase Long-term Assets | $0 | $0 | $0 |
| Dividends | $0 | $0 | $0 |
| Subtotal Cash Spent | $400,115 | $547,410 | $725,851 |
| | | | |
| Net Cash Flow | ($33,635) | $5,090 | $258,149 |
| Cash Balance | $76,365 | $81,455 | $339,603 |

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 27 of 38 PageID #: 76

### 7.6 Projected Balance Sheet

Our Projected Balance Sheet shows we will not have any difficulty meeting our debt obligations as long as our revenue projections are met.

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 28 of 38 PageID #: 77

**Table: Balance Sheet**

| Pro Forma Balance Sheet | | | |
|---|---|---|---|
| | Year 1 | Year 2 | Year 3 |
| Assets | | | |
| | | | |
| Current Assets | | | |
| Cash | $76,365 | $81,455 | $339,603 |
| Inventory | $15,456 | $23,753 | $42,799 |
| Other Current Assets | $11,000 | $11,000 | $11,000 |
| Total Current Assets | $102,821 | $116,208 | $393,402 |
| | | | |
| Long-term Assets | | | |
| Long-term Assets | $9,000 | $9,000 | $9,000 |
| Accumulated Depreciation | $0 | $0 | $0 |
| Total Long-term Assets | $9,000 | $9,000 | $9,000 |
| Total Assets | $111,821 | $125,208 | $402,402 |
| | | | |
| Liabilities and Capital | Year 1 | Year 2 | Year 3 |
| | | | |
| Current Liabilities | | | |
| Accounts Payable | $22,485 | $20,855 | $32,539 |
| Current Borrowing | $28,000 | $28,000 | $28,000 |
| Other Current Liabilities | $0 | $0 | $0 |
| Subtotal Current Liabilities | $50,485 | $48,855 | $60,539 |
| | | | |
| Long-term Liabilities | $130,000 | $130,000 | $130,000 |
| Total Liabilities | $180,485 | $178,855 | $190,539 |
| | | | |
| Paid-in Capital | $10,000 | $10,000 | $10,000 |
| Retained Earnings | ($28,000) | ($78,664) | ($63,647) |
| Earnings | ($50,664) | $15,018 | $265,509 |
| Total Capital | ($68,664) | ($53,647) | $211,863 |
| Total Liabilities and Capital | $111,821 | $125,208 | $402,402 |
| | | | |
| Net Worth | ($68,664) | ($53,647) | $211,863 |

## 7.7 Business Ratios

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 29 of 38 PageID #: 78

**Table: Ratios**

| Ratio Analysis | | | | |
|---|---|---|---|---|
| | Year 1 | Year 2 | Year 3 | Industry Profile |
| Sales Growth | 0.00% | 50.76% | 78.10% | 9.55% |
| | | | | |
| Percent of Total Assets | | | | |
| Inventory | 13.82% | 18.97% | 10.64% | 33.73% |
| Other Current Assets | 9.84% | 8.79% | 2.73% | 27.26% |
| Total Current Assets | 91.95% | 92.81% | 97.76% | 78.19% |
| Long-term Assets | 8.05% | 7.19% | 2.24% | 21.81% |
| Total Assets | 100.00% | 100.00% | 100.00% | 100.00% |
| | | | | |
| Current Liabilities | 45.15% | 39.02% | 15.04% | 36.84% |
| Long-term Liabilities | 116.26% | 103.83% | 32.31% | 12.70% |
| Total Liabilities | 161.41% | 142.85% | 47.35% | 49.54% |
| Net Worth | -61.41% | -42.85% | 52.65% | 50.46% |
| | | | | |
| Percent of Sales | | | | |
| Sales | 100.00% | 100.00% | 100.00% | 100.00% |
| Gross Margin | 72.34% | 71.92% | 71.64% | 36.52% |
| Selling, General & Administrative Expenses | 86.16% | 69.20% | 44.65% | 14.25% |
| Advertising Expenses | 0.00% | 0.00% | 0.00% | 0.67% |
| Profit Before Interest and Taxes | -9.51% | 5.58% | 28.59% | 6.64% |
| | | | | |
| Main Ratios | | | | |
| Current | 2.04 | 2.38 | 6.50 | 1.84 |
| Quick | 1.73 | 1.89 | 5.79 | 0.80 |
| Total Debt to Total Assets | 161.41% | 142.85% | 47.35% | 53.60% |
| Pre-tax Return on Net Worth | 73.79% | -27.99% | 125.32% | 8.75% |
| Pre-tax Return on Assets | -45.31% | 11.99% | 65.98% | 18.86% |
| | | | | |
| Additional Ratios | Year 1 | Year 2 | Year 3 | |
| Net Profit Margin | -13.82% | 2.72% | 26.98% | n.a |
| Return on Equity | 0.00% | 0.00% | 125.32% | n.a |
| | | | | |
| Activity Ratios | | | | |
| Inventory Turnover | 9.71 | 7.76 | 8.24 | n.a |
| Accounts Payable Turnover | 8.34 | 12.17 | 12.17 | n.a |
| Payment Days | 27 | 31 | 25 | n.a |
| Total Asset Turnover | 3.28 | 4.41 | 2.45 | n.a |
| | | | | |
| Debt Ratios | | | | |
| Debt to Net Worth | 0.00 | 0.00 | 0.90 | n.a |
| Current Liab. to Liab. | 0.28 | 0.27 | 0.32 | n.a |
| | | | | |
| Liquidity Ratios | | | | |
| Net Working Capital | $52,336 | $67,353 | $332,863 | n.a |
| Interest Coverage | -2.21 | 1.95 | 17.80 | n.a |
| | | | | |
| Additional Ratios | | | | |
| Assets to Sales | 0.31 | 0.23 | 0.41 | n.a |
| Current Debt/Total Assets | 45% | 39% | 15% | n.a |
| Acid Test | 1.73 | 1.89 | 5.79 | n.a |
| Sales/Net Worth | 0.00 | 0.00 | 4.64 | n.a |
| Dividend Payout | 0.00 | 0.00 | 0.00 | n.a |

**Appendix Table: Sales Forecast**

| Sales Forecast | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Sales | | | | | | | | | | | | | |
| Transistor Modules | 0% | 0 | 0 | 0 | 10 | 11 | 11 | 12 | 12 | 13 | 13 | 14 | 15 |
| Line Regeneration Modules | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 3 | 3 | 4 |
| Custom Power Modules | 0% | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Resistive Loads | 0% | 5 | 6 | 7 | 8 | 9 | 10 | 12 | 13 | 15 | 18 | 20 | 23 |
| Repair Services | 0% | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Field Services | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 |
| Power Dip / Boost Modules | 0% | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Unit Sales | | 5 | 7 | 8 | 19 | 20 | 23 | 25 | 32 | 33 | 36 | 41 | 44 |
| | | | | | | | | | | | | | |
| Unit Prices | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Transistor Modules | | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 | $2,100.00 |
| Line Regeneration Modules | | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 | $4,500.00 |
| Custom Power Modules | | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Resistive Loads | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Repair Services | | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 |
| Field Services | | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 |
| Power Dip / Boost Modules | | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| | | | | | | | | | | | | | |
| Sales | | | | | | | | | | | | | |
| Transistor Modules | | $0 | $0 | $0 | $21,000 | $22,050 | $23,153 | $24,310 | $25,526 | $26,802 | $28,142 | $29,549 | $31,027 |
| Line Regeneration Modules | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,500 | $14,175 | $14,884 | $15,628 | $16,409 |
| Custom Power Modules | | $0 | $1,100 | $1,111 | $1,122 | $1,133 | $1,145 | $1,156 | $1,168 | $1,179 | $1,191 | $1,203 | $1,215 |
| Resistive Loads | | $1,500 | $1,725 | $1,984 | $2,281 | $2,624 | $3,017 | $3,470 | $3,990 | $4,589 | $5,277 | $6,068 | $6,979 |
| Repair Services | | $0 | $0 | $0 | $0 | $0 | $300 | $300 | $300 | $300 | $300 | $300 | $300 |
| Field Services | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $1,000 | $0 | $0 | $1,000 | $0 |
| Power Dip / Boost Modules | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Sales | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| | | | | | | | | | | | | | |
| Direct Unit Costs | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Transistor Modules | 25.00% | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 | $525.00 |
| Line Regeneration Modules | 30.00% | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 |
| Custom Power Modules | 25.00% | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 | $275.00 |
| Resistive Loads | 35.00% | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 | $105.00 |
| Repair Services | 10.00% | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 | $30.00 |
| Field Services | 5.00% | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Power Dip / Boost Modules | 35.00% | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| | | | | | | | | | | | | | |
| Direct Cost of Sales | | | | | | | | | | | | | |
| Transistor Modules | | $0 | $0 | $0 | $5,250 | $5,513 | $5,788 | $6,078 | $6,381 | $6,700 | $7,036 | $7,387 | $7,757 |
| Line Regeneration Modules | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,050 | $4,253 | $4,465 | $4,688 | $4,923 |
| Custom Power Modules | | $0 | $275 | $278 | $281 | $283 | $286 | $289 | $292 | $295 | $298 | $301 | $304 |
| Resistive Loads | | $525 | $604 | $694 | $798 | $918 | $1,056 | $1,214 | $1,397 | $1,606 | $1,847 | $2,124 | $2,443 |
| Repair Services | | $0 | $0 | $0 | $0 | $0 | $30 | $30 | $30 | $30 | $30 | $30 | $30 |
| Field Services | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $50 | $0 | $0 | $50 | $0 |
| Power Dip / Boost Modules | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Direct Cost of Sales | | $525 | $879 | $972 | $6,329 | $6,714 | $7,160 | $7,611 | $12,200 | $12,884 | $13,675 | $14,580 | $15,456 |

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 31 of 38 PageID #: 80

**Appendix Table: Personnel**

| Personnel Plan | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | 0% | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 |
| Engineering | 0% | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 | $8,750 |
| Board Assembly | 0% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Module Assembly | 0% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Quality Assurance | 0% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Production | 0% | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 | $5,417 |
| Total People | | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Total Payroll | | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 |

**Appendix Table: Profit and Loss**

| Pro Forma Profit and Loss | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Direct Costs of Goods | | $525 | $879 | $972 | $6,329 | $6,714 | $7,160 | $7,611 | $12,200 | $12,884 | $13,675 | $14,580 | $15,456 |
| Other Costs of Goods | | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Cost of Goods Sold | | $725 | $1,079 | $1,172 | $6,529 | $6,914 | $7,360 | $7,811 | $12,400 | $13,084 | $13,875 | $14,780 | $15,656 |
| Gross Margin | | $775 | $1,746 | $1,923 | $17,874 | $18,893 | $20,254 | $21,425 | $33,083 | $33,961 | $35,918 | $38,968 | $40,274 |
| Gross Margin % | | 51.67% | 61.81% | 62.13% | 73.25% | 73.21% | 73.35% | 73.28% | 72.74% | 72.19% | 72.13% | 72.50% | 72.01% |
| Expenses | | | | | | | | | | | | | |
| Payroll | | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 |
| Marketing/Promotion | | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 |
| Depreciation | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rent | | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| Utilities | | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 |
| Insurance | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Taxes | 15% | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 |
| Alarm / Security | | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 |
| Total Operating Expenses | | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 |
| Profit Before Interest and Taxes | | ($24,222) | ($23,250) | ($23,074) | ($7,122) | ($6,104) | ($4,743) | ($3,572) | $8,087 | $8,964 | $10,922 | $13,971 | $15,277 |
| EBITDA | | ($24,222) | ($23,250) | ($23,074) | ($7,122) | ($6,104) | ($4,743) | ($3,572) | $8,087 | $8,964 | $10,922 | $13,971 | $15,277 |
| Interest Expense | | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 |
| Taxes Incurred | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Profit | | ($25,538) | ($24,567) | ($24,391) | ($8,439) | ($7,420) | ($6,059) | ($4,888) | $6,770 | $7,648 | $9,605 | $12,655 | $13,961 |
| Net Profit/Sales | | -1702.55% | -869.63% | -788.13% | -34.58% | -28.75% | -21.94% | -16.72% | 14.89% | 16.26% | 19.29% | 23.54% | 24.96% |

Case 3:24-cv-00922 Document 1-2 Filed 07/29/24 Page 33 of 38 PageID #: 82

**Appendix Table: Cash Flow**

| Pro Forma Cash Flow | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Received | | | | | | | | | | | | | |
| Cash from Operations | | | | | | | | | | | | | |
| Cash Sales | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Subtotal Cash from Operations | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Additional Cash Received | | | | | | | | | | | | | |
| Sales Tax, VAT, HST/GST Received | 0.00% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Other Liabilities (interest-free) | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Long-term Liabilities | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of Other Current Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Investment Received | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Received | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Expenditures | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Expenditures from Operations | | | | | | | | | | | | | |
| Cash Spending | | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 |
| Bill Payments | | $231 | $6,929 | $6,929 | $7,097 | $12,032 | $14,045 | $14,551 | $15,282 | $23,611 | $20,527 | $21,430 | $22,443 |
| Subtotal Spent on Operations | | $19,815 | $26,513 | $26,513 | $26,681 | $31,616 | $33,629 | $34,135 | $34,866 | $43,195 | $40,111 | $41,014 | $42,027 |
| Additional Cash Spent | | | | | | | | | | | | | |
| Sales Tax, VAT, HST/GST Paid Out | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Principal Repayment of Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Long-term Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Other Current Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dividends | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Spent | | $19,815 | $26,513 | $26,513 | $26,681 | $31,616 | $33,629 | $34,135 | $34,866 | $43,195 | $40,111 | $41,014 | $42,027 |
| Net Cash Flow | | ($18,315) | ($23,688) | ($23,419) | ($2,278) | ($5,809) | ($6,015) | ($4,899) | $10,618 | $3,850 | $9,683 | $12,734 | $13,903 |
| Cash Balance | | $91,685 | $67,997 | $44,578 | $42,301 | $36,492 | $30,476 | $25,577 | $36,195 | $40,045 | $49,728 | $62,462 | $76,365 |

**Appendix Table: Balance Sheet**

| Pro Forma Balance Sheet | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | Starting Balances | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Current Assets | | | | | | | | | | | | | |
| Cash | $110,000 | $91,685 | $67,997 | $44,578 | $42,301 | $36,492 | $30,476 | $25,577 | $36,195 | $40,045 | $49,728 | $62,462 | $76,365 |
| Inventory | $10,000 | $9,475 | $8,596 | $7,624 | $6,329 | $6,714 | $7,160 | $7,611 | $12,200 | $12,884 | $13,675 | $14,580 | $15,456 |
| Other Current Assets | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| Total Current Assets | $131,000 | $112,160 | $87,593 | $63,202 | $59,630 | $54,206 | $48,637 | $44,188 | $59,395 | $63,929 | $74,403 | $88,043 | $102,821 |
| Long-term Assets | | | | | | | | | | | | | |
| Long-term Assets | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Long-term Assets | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 |
| Total Assets | $140,000 | $121,160 | $96,593 | $72,202 | $68,630 | $63,206 | $57,637 | $53,188 | $68,395 | $72,929 | $83,403 | $97,043 | $111,821 |
| Liabilities and Capital | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Current Liabilities | | | | | | | | | | | | | |
| Accounts Payable | $0 | $6,698 | $6,698 | $6,698 | $11,564 | $13,561 | $14,051 | $14,491 | $22,927 | $19,814 | $20,683 | $21,667 | $22,485 |
| Current Borrowing | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 |
| Other Current Liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Current Liabilities | $28,000 | $34,698 | $34,698 | $34,698 | $39,564 | $41,561 | $42,051 | $42,491 | $50,927 | $47,814 | $48,683 | $49,667 | $50,485 |
| Long-term Liabilities | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 |
| Total Liabilities | $158,000 | $164,698 | $164,698 | $164,698 | $169,564 | $171,561 | $172,051 | $172,491 | $180,927 | $177,814 | $178,683 | $179,667 | $180,485 |
| Paid-in Capital | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Retained Earnings | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) |
| Earnings | $0 | ($25,538) | ($50,105) | ($74,496) | ($82,935) | ($90,355) | ($96,415) | ($101,303) | ($94,533) | ($86,885) | ($77,280) | ($64,625) | ($50,664) |
| Total Capital | ($18,000) | ($43,538) | ($68,105) | ($92,496) | ($100,935) | ($108,355) | ($114,415) | ($119,303) | ($112,533) | ($104,885) | ($95,280) | ($82,625) | ($68,664) |
| Total Liabilities and Capital | $140,000 | $121,160 | $96,593 | $72,202 | $68,630 | $63,206 | $57,637 | $53,188 | $68,395 | $72,929 | $83,403 | $97,043 | $111,821 |
| Net Worth | ($18,000) | ($43,538) | ($68,105) | ($92,496) | ($100,935) | ($108,355) | ($114,415) | ($119,303) | ($112,533) | ($104,885) | ($95,280) | ($82,625) | ($68,664) |

# Appendix

**Appendix Table: Profit and Loss**

| Pro Forma Profit and Loss | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Direct Costs of Goods | | $525 | $879 | $972 | $6,329 | $6,714 | $7,160 | $7,611 | $12,200 | $12,884 | $13,675 | $14,580 | $15,456 |
| Other Costs of Goods | | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 | $200 |
| Cost of Goods Sold | | $725 | $1,079 | $1,172 | $6,529 | $6,914 | $7,360 | $7,811 | $12,400 | $13,084 | $13,875 | $14,780 | $15,656 |
| Gross Margin | | $775 | $1,746 | $1,923 | $17,874 | $18,893 | $20,254 | $21,425 | $33,083 | $33,961 | $35,918 | $38,968 | $40,274 |
| Gross Margin % | | 51.67% | 61.81% | 62.13% | 73.25% | 73.21% | 73.35% | 73.28% | 72.74% | 72.19% | 72.13% | 72.50% | 72.01% |
| Expenses | | | | | | | | | | | | | |
| Payroll | | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 |
| Marketing/Promotion | | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 | $100 |
| Depreciation | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rent | | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 | $1,500 |
| Utilities | | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 | $800 |
| Insurance | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll Taxes | 15% | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 | $2,938 |
| Alarm / Security | | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 | $75 |
| Total Operating Expenses | | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 | $24,997 |
| Profit Before Interest and Taxes | | ($24,222) | ($23,250) | ($23,074) | ($7,122) | ($6,104) | ($4,743) | ($3,572) | $8,087 | $8,964 | $10,922 | $13,971 | $15,277 |
| EBITDA | | ($24,222) | ($23,250) | ($23,074) | ($7,122) | ($6,104) | ($4,743) | ($3,572) | $8,087 | $8,964 | $10,922 | $13,971 | $15,277 |
| Interest Expense | | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 | $1,317 |
| Taxes Incurred | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Net Profit | | ($25,538) | ($24,567) | ($24,391) | ($8,439) | ($7,420) | ($6,059) | ($4,888) | $6,770 | $7,648 | $9,605 | $12,655 | $13,961 |
| Net Profit/Sales | | -1702.55% | -869.63% | -788.13% | -34.58% | -28.75% | -21.94% | -16.72% | 14.89% | 16.26% | 19.29% | 23.54% | 24.96% |

# Appendix

**Appendix Table: Cash Flow**

| Pro Forma Cash Flow | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Received | | | | | | | | | | | | | |
| Cash from Operations | | | | | | | | | | | | | |
| Cash Sales | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Subtotal Cash from Operations | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Additional Cash Received | | | | | | | | | | | | | |
| Sales Tax, VAT, HST/GST Received | 0.00% | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Other Liabilities (interest-free) | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Long-term Liabilities | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of Other Current Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales of Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| New Investment Received | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Received | | $1,500 | $2,825 | $3,095 | $24,403 | $25,807 | $27,614 | $29,236 | $45,483 | $47,045 | $49,794 | $53,748 | $55,930 |
| Expenditures | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Expenditures from Operations | | | | | | | | | | | | | |
| Cash Spending | | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 | $19,584 |
| Bill Payments | | $231 | $6,929 | $6,929 | $7,097 | $12,032 | $14,045 | $14,551 | $15,282 | $23,611 | $20,527 | $21,430 | $22,443 |
| Subtotal Spent on Operations | | $19,815 | $26,513 | $26,513 | $26,681 | $31,616 | $33,629 | $34,135 | $34,866 | $43,195 | $40,111 | $41,014 | $42,027 |
| Additional Cash Spent | | | | | | | | | | | | | |
| Sales Tax, VAT, HST/GST Paid Out | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Principal Repayment of Current Borrowing | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Long-term Liabilities Principal Repayment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Other Current Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Purchase Long-term Assets | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Dividends | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Cash Spent | | $19,815 | $26,513 | $26,513 | $26,681 | $31,616 | $33,629 | $34,135 | $34,866 | $43,195 | $40,111 | $41,014 | $42,027 |
| Net Cash Flow | | ($18,315) | ($23,688) | ($23,419) | ($2,278) | ($5,809) | ($6,015) | ($4,899) | $10,618 | $3,850 | $9,683 | $12,734 | $13,903 |
| Cash Balance | | $91,685 | $67,997 | $44,578 | $42,301 | $36,492 | $30,476 | $25,577 | $36,195 | $40,045 | $49,728 | $62,462 | $76,365 |

**Appendix Table: Balance Sheet**

| Pro Forma Balance Sheet | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assets | Starting Balances | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Current Assets | | | | | | | | | | | | | |
| Cash | $110,000 | $91,685 | $67,997 | $44,578 | $42,301 | $36,492 | $30,476 | $25,577 | $36,195 | $40,045 | $49,728 | $62,462 | $76,365 |
| Inventory | $10,000 | $9,475 | $8,596 | $7,624 | $6,329 | $6,714 | $7,160 | $7,611 | $12,200 | $12,884 | $13,675 | $14,580 | $15,456 |
| Other Current Assets | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 | $11,000 |
| Total Current Assets | $131,000 | $112,160 | $87,593 | $63,202 | $59,630 | $54,206 | $48,637 | $44,188 | $59,395 | $63,929 | $74,403 | $88,043 | $102,821 |
| Long-term Assets | | | | | | | | | | | | | |
| Long-term Assets | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 |
| Accumulated Depreciation | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Long-term Assets | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 | $9,000 |
| Total Assets | $140,000 | $121,160 | $96,593 | $72,202 | $68,630 | $63,206 | $57,637 | $53,188 | $68,395 | $72,929 | $83,403 | $97,043 | $111,821 |
| Liabilities and Capital | | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| Current Liabilities | | | | | | | | | | | | | |
| Accounts Payable | $0 | $6,698 | $6,698 | $6,698 | $11,564 | $13,561 | $14,051 | $14,491 | $22,927 | $19,814 | $20,683 | $21,667 | $22,485 |
| Current Borrowing | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 | $28,000 |
| Other Current Liabilities | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subtotal Current Liabilities | $28,000 | $34,698 | $34,698 | $34,698 | $39,564 | $41,561 | $42,051 | $42,491 | $50,927 | $47,814 | $48,683 | $49,667 | $50,485 |
| Long-term Liabilities | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 | $130,000 |
| Total Liabilities | $158,000 | $164,698 | $164,698 | $164,698 | $169,564 | $171,561 | $172,051 | $172,491 | $180,927 | $177,814 | $178,683 | $179,667 | $180,485 |
| Paid-in Capital | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Retained Earnings | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) | ($28,000) |
| Earnings | $0 | ($25,538) | ($50,105) | ($74,496) | ($82,935) | ($90,355) | ($96,415) | ($101,303) | ($94,533) | ($86,885) | ($77,280) | ($64,625) | ($50,664) |
| Total Capital | ($18,000) | ($43,538) | ($68,105) | ($92,496) | ($100,935) | ($108,355) | ($114,415) | ($119,303) | ($112,533) | ($104,885) | ($95,280) | ($82,625) | ($68,664) |
| Total Liabilities and Capital | $140,000 | $121,160 | $96,593 | $72,202 | $68,630 | $63,206 | $57,637 | $53,188 | $68,395 | $72,929 | $83,403 | $97,043 | $111,821 |
| Net Worth | ($18,000) | ($43,538) | ($68,105) | ($92,496) | ($100,935) | ($108,355) | ($114,415) | ($119,303) | ($112,533) | ($104,885) | ($95,280) | ($82,625) | ($68,664) |