# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:24-cv-922 |
| ) | |
| v. ) | |
| ) | Judge Trauger |
| HUBBELL INDUSTRIAL ) | |
| CONTROLS, INC., ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Defendant, Hubbell Industrial Controls, Inc., hereby moves to dismiss Plaintiff Timothy Allen Atchison's Complaint under Fed. R. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this motion, Defendant submits contemporaneously herewith the attached Memorandum of Law in Support of Defendant's Motion to Dismiss pursuant to LR7.01(2).

Respectfully submitted,

*/s/ Howell O'Rear*
Howell O'Rear (BPR #26509)
Seth M. McInteer (BPR #26471)
McInteer & O'Rear PLC
2209 Crestmoor Rd., Ste. 310
Nashville, TN 37215
howell@mcolawfirm.com
seth@mcolawfirm.com
Ph. 615-724-6207
Fax 615-523-1311

William E. Bradley (*pro hac vice*)
Kyle G. Hepner (*pro hac vice*)

Robinson & Cole LLP
1201 Pennsylvania Avenue, NW, Ste. 820
Washington, DC 20004
wbradley@rc.com
khepner@rc.com
Ph. 771-213-5602

*Counsel for Hubbell Industrial Controls, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was electronically filed with the Court using the CM/ECF system to the following on November 13, 2024:

Wm. Kennerly Burger (BPR #3731)
Burger Law Firm
12 North Public Square
Murfreesboro, TN 37130
T: 615-893-8933
F: 615-893-5333
kenburger@comcast.net

/s/ *Howell O'Rear*