

# Tennessee
## Secretary of State
### Tre Hargett

Business Services Online > Find and Update a Business Record

# Business Information Search

As of November 01, 2024 we have processed all corporate filings received in our office through October 30, 2024 and all annual reports received in our office through October 31, 2024.

Click on the underlined control number of the entity in the search results list to proceed to the detail page. From the detail page you can verify the entity displayed is correct (review addresses and business details) and select from the available entity actions - file an annual report, obtain a certificate of existence, file an amendment, etc.

| Search: | | | | | | 1-2 of 2 |
|---|---|---|---|---|---|---|
| Search Name: power electronics | | | ●Starts With ○Contains | | | |
| Control #: | | | | | | |
| Active Entities Only: ☐ | | | | | | Search |
| Control # | Entity Type | Name | Name Type | Name Status | Entity Filing Date | Entity Status |
| 000386904 | CORP | POWER ELECTRONIC SOLUTIONS, INC. *TENNESSEE* | Entity | Inactive - Name Changed | 03/24/2000 | Inactive - Dissolved (Administrative) |
| 000386904 | CORP | POWER ELECTRONICS & MAGNETICS DESIGNERS ASSOCIATION, CORP. *TENNESSEE* | Entity | Inactive - Name Changed | 03/24/2000 | Inactive - Dissolved (Administrative) |
| | | | | | | 1-2 of 2 |

Information about individual business entities can be queried, viewed and printed using this search tool for free.

If you want to get an electronic file of all business entities in the database, the full database can be downloaded for a fee by Clicking Here.

Click Here  for information on the Business Services Online Search logic.



## Secretary of State Tre Hargett

Tre Hargett was elected by the Tennessee General Assembly to serve as Tennessee's 37th secretary of state in 2009 and re-elected in 2013, 2017, and 2021. Secretary Hargett is the chief executive officer of the Department of State with oversight of more than 300 employees. He also serves on 16 boards and commissions, on two of which he is the presiding member. The services and oversight found in the Secretary of State's office reach every department and agency in state government.



## About the Office

The Tennessee Secretary of State has oversight of the Department of State. The Secretary of State is one of three Constitutional Officers elected by the General Assembly, in joint session. The Secretary of State is elected to a four-year term. The constitution mandates that it is the secretary's duty to keep a register of the official acts and proceedings of the governor, and, when required, to "lay same, all papers, minutes and vouchers relative thereto, before the General Assembly."

### CUSTOMER SUPPORT

- Contact Us
- Library & Archives Visitor Information

### DEPARTMENT INFORMATION

- About the Secretary of State's Office
- Secretary of State Bio
- Secretary of State Newsroom
- Sign up for Email Updates

### DIVISIONS

- Administrative Hearings
- Business Services
- Charitable Solicitations and Gaming
- Elections
- Human Resources
- Library & Archives
- Publications
- Records Management

### LINKS

- Tennessee General Assembly
- Bureau of Ethics and Campaign Finance
- Tennessee Code Unannotated
- State Comptroller
- State Treasurer
- Title VI Information
- Public Records Policy and Records Request Form



     

© 2021 Tennessee Secretary of State | [Web and Social Media Policies](#)