

# Tennessee
## Secretary of State
Tre Hargett

Business Services Online > Find and Update a Business Record > Business Entity Detail

# Business Entity Detail

| Available Entity Actions | File Annual Report |
| --- | --- |
| | Certificate of Existence |
| | More |

Entity details cannot be edited. This detail reflects the current state of the filing in the system.

Return to the Business Information Search.

**000568392: For-profit Corporation - Foreign**     Printer Friendly Version

| | | | |
| --- | --- | --- | --- |
| **Name:** | POWEROHM RESISTORS, INC. | | |
| **Foreign Name:** | | | |
| **Status:** | Inactive - Revoked (Administrative) | **Initial Filing Date:** | 01/22/2008 |
| **Formed in:** | TEXAS | **Delayed Effective Date:** | |
| **Fiscal Year Close:** | December | **AR Due Date:** | 04/01/2009 |
| **Term of Duration:** | Perpetual | **Inactive Date:** | 08/17/2009 |
| **Principal Office:** | 5713 13TH STREET KATY, TX 77493 USA | | |
| **Mailing Address:** | 5713 13TH STREET KATY, TX 77493 USA | | |
| **AR Exempt:** | No | **Obligated Member Entity:** | No |
| **Shares of Stock:** | 0 | | |

| Assumed Names | History | **Registered Agent** |
| --- | --- | --- |

| | |
| --- | --- |
| **Agent Name:** | ATCHINSON, TIM |
| **Agent Address:** | 353 SUNSET IS TRL GALLATIN, TN 37066 USA |



## Secretary of State Tre Hargett

Tre Hargett was elected by the Tennessee General Assembly to serve as Tennessee's 37th secretary of state in 2009 and re-elected in 2013, 2017, and 2021. Secretary Hargett is the chief executive officer of the Department of State with oversight of more than 300 employees. He also serves on 16 boards and commissions, on two of which he is the presiding member. The services and oversight found in the Secretary of State's office reach every department and agency in state government.



## About the Office

The Tennessee Secretary of State has oversight of the Department of State. The Secretary of State is one of three Constitutional Officers elected by the General Assembly, in joint session. The Secretary of State is elected to a four-year term. The constitution mandates that it is the secretary's duty to keep a register of the official acts and proceedings of the governor, and, when required, to "lay same, all papers, minutes and vouchers relative thereto, before the General Assembly."

### CUSTOMER SUPPORT

- Contact Us
- Library & Archives Visitor Information

### DEPARTMENT INFORMATION

- About the Secretary of State's Office
- Secretary of State Bio
- Secretary of State Newsroom
- Sign up for Email Updates

### DIVISIONS

- Administrative Hearings
- Business Services
- Charitable Solicitations and Gaming
- Elections
- Human Resources
- Library & Archives
- Publications
- Records Management

### LINKS

- Tennessee General Assembly
- Bureau of Ethics and Campaign Finance
- Tennessee Code Unannotated
- State Comptroller
- State Treasurer
- Title VI Information
- Public Records Policy and Records Request Form





© 2021 Tennessee Secretary of State | Web and Social Media Policies