IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-922 |
| ) | Judge Trauger |
| HUBBELL INDUSTRIAL CONTROLS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

It is hereby ORDERED that the plaintiff shall file a reply to the Defendant's Opposition to Plaintiff's Motion to Amend the Complaint (Doc. No. 33) by January 10, 2025.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge