IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR TENNESSEE

| | | |
|---|---|---|
| TIMOTHY ALLEN ATCHISON | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action Number 3:24-cv-922 |
| | ) | |
| v. | ) | Jury Demand |
| | ) | |
| | ) | Judge Trauger |
| HUBBELL INDUSTRIAL CONTROLS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

1. The Court's Order of January 2, 2025 (Document 34), has directed a response to the Defendant's Opposition to Plaintiff's Motion to Amend the Complaint (filed on the same date by Defendant Hubbell Industrial Controls, Inc.) (Document 33). Plaintiff does not disagree with the Defendant's observation that the e-mail is appropriately attached to Plaintiff's pending response to Defendant's FRCP Rule 12 Motion to Dismiss. That apparent technical agreement does not logically explain why Defendant would oppose the Plaintiff's uncomplicated effort to correct a simple clerical (document upload) error, by attaching to the Complaint an additional, corrective e-mail, as one of the two e-mails is already referenced in the Complaint (Document 1, Page ID # 5, ¶ 10). However the Court may rule on the correction request, Defendant is neither helped nor prejudiced.

2. Plaintiff's Complaint (Document 1, filed 7/30/2024) alleges the existence of an enforceable joint venture that was originally commenced between Mr. Atchison and his former employer, Powerohm Resistors, Inc. (hereafter, "Powerohm"). Powerohm was purchased,

including the referenced joint venture (Power Electronics), as an ongoing operation by Defendant Hubbell Industrial Controls, Inc., in 2014 (Document 1, Page ID # 5 and 27).

3. In an attempt to comply with the requirements of FRCP Rule 10, Plaintiff intended to attach **two exhibits** (two e-mails) which are pivotal to the claims set forth in the Complaint: emails confirming the acknowledgement of a "venture;" and the relevant patent application documents.

4. The Complaint, pursuant to <u>FRCP</u> Rule 10, reflects Powerohm's email communications, discussing with Plaintiff the new, planned "venture," in relation to bank financing. There are two operative, material emails, one of which was filed with the original Complaint, and one of which was inadvertently omitted. Plaintiff seeks only to submit the second email that should have been included in Document 1-2 (Page ID # 50). Contrary to the suggestion in Hubbell's response, the second page is nothing new, and reasonably requires no reevaluation of the Defendant's "Motion to Dismiss." The attachment is technically correct (pursuant to FRCP Rule 10) as an email that specifically references the new "venture" as a material Complaint allegation (Document 24, Page ID # 272). It is also appropriate for the document to be attached to, and incorporated in, the Plaintiff's response to the Defendant's Motion to Dismiss (Document 25, Page ID # 276, and see Attachment, Document 25-1).

5. Concisely summarized, Plaintiff does not contend (as characterized by Defendant) that the document must be an attachment to the Complaint in order for its relevance and admissibility to be used to further the Plaintiff's claims. Regardless, it will be part of Plaintiff's evidence, if the case is permitted to proceed. Conversely, there would appear to be no reason why any rule would preclude its corrective inclusion as part of Complaint Exhibit 1-2, as intended. Attachment of the second page changes nothing about the material allegation of the

existence of a joint venture, and the allegation that documentation exists to support the joint venture claim. Plaintiff can identify nothing about the issue that would justify the Defendant's contention that the simple request for a clerical correction somehow complicates the previously stated fact allegations offered in support of a claim of the parties' joint venture.

Respectfully submitted,

**BURGER LAW FIRM**

*/s/Wm Kennerly (Ken) Burger*
Wm Kennerly (Ken) Burger, BPR #3731
*Counsel for Plaintiff*
12 North Public Square
Murfreesboro, TN 37130
T: 615-893-8933; F: 615-893-5333
kenburger@comcast.net

## CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served on the following on this **9th day of January, 2025**:

Howell O'Rear
Seth M. McInteer
McInteer & O'Rear PLC
2209 Crestmoor Road, Suite 310
Nashville, TN 37215
howell@mcolawfirm.com
seth@mcolawfirm.com

William E. Bradley
Robinson & Cole LLP
1201 Pennsylvania Ave NW
Suite 820
Washington, DC 20004
wbradley@rc.com

*/s/Wm Kennerly (Ken) Burger*
Wm Kennerly (Ken) Burger