*Motion GRANTED.*
*/s/ [signature]*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **TIMOTHY ALLEN ATCHISON,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **HUBBELL INDUSTRIAL** ) <br> **CONTROLS, INC.,** ) <br> ) <br>     **Defendant.** ) | **Case No. 3:24-cv-922** <br><br> **Judge Trauger** |

### Joint Motion for Entry of Stipulated Protective Order

Plaintiff Timothy Allen Atchison and Defendant Hubbell Industrial Controls, Inc. submit for entry the following stipulated protective order:

1. <u>PURPOSES AND LIMITATIONS</u>

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted. Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order. The parties acknowledge that this Order does not confer blanket protections on all disclosures or responses to discovery and that the protection it affords from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles. The parties further acknowledge, as set forth in Section 12.3, below, that this Stipulated Protective Order does not entitle them to file confidential information under seal and the court's local rules sets forth the procedures that must be followed and the standards that will be applied when a party seeks permission from the court to file material under seal.

2. <u>DEFINITIONS</u>