## VERIFICATION

I, Stephen Paul, hereby declare and say:

I am the General Manager of Power Quality Solutions for Hubbell Incorporated and have read the foregoing DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES. The responses set forth therein, subject to inadvertent or undiscovered error, as based upon and therefore necessarily limited by the records and information still in existence, presently recollected and thus far discovered in the course of the preparation of these responses. The response set for therein are based on information and documents provided to me. Consequently, I reserve the right to make changes to these responses if it appears at any time that omissions or errors have been made therein or that more accurate information is available. Subject to the limitations set forth herein, the responses are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 10th day of July 2025.

Hubbell Industrial Controls, Inc.

By: _____
Name: Stephen Paul
General Manager, Power Quality Solutions

EXHIBIT #2A