IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-922 |
| ) | Judge Trauger |
| HUBBELL INDUSTRIAL CONTROLS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

The plaintiff's Motion to Waive Telephone Discovery Conference (Doc. No. 54) is GRANTED.

It is further ORDERED that the plaintiff's Motion to Compel Discovery and for FRCP Rule 37 Sanctions (Doc. No. 53) is REFERRED to the Magistrate Judge for disposition.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge