IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FOR TENNESSEE

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON ) | |
| ) | |
| Plaintiff, ) | Civil Action Number 3:24-cv-922 |
| ) | |
| v. ) | Jury Demand |
| ) | |
| ) | Judge Trauger |
| HUBBELL INDUSTRIAL CONTROLS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES**

1. The record reflects that a Case Management Order was entered following the hearing on May 5, 2025 (Doc. 46).

2. Substantial discovery has been completed in the interim. A difficult discovery dispute has arisen, prompting the filings of opposing motions, which remain under advisement. The discovery filings include:

    (a) A Joint Discovery Dispute Statement (Doc. 52), filed August 1, 2025, with attachments;

    (b) Plaintiff's Motion to Compel Discovery and for FRCP Rule 37 Sanctions (Doc. 53), filed August 1, 2025, with attachments.

    (c) Plaintiff's Motion to Waive Telephone Discovery Conference (Doc. 54);

    (d) Defendant's Opposition to Plaintiffs' Motion to Compel (Doc. 56).

3. The Court entered an Order granting the Plaintiff's Motion to Waive the Telephone Discovery Conference, and referred the discovery dispute to the Magistrate Judge (Doc. 55). No scheduling stays were directed. Shortly after that referral Order, Plaintiff

Atchison's mother, for whom he was the primary caretaker, became critically ill, entered a protracted period of hospice and died a few weeks later. Those events impeded Plaintiff's plan to proceed with the deposition of the FRCP Rule 30(b)(6) corporate witness. Plaintiff is prepared to complete that deposition, and has provided a detailed notice to the Defendant addressing the intended subjects for the representative. Plaintiff's deposition has been deferred.

4. Plaintiff respectfully requests **a 60-day extension** in the following scheduling directives, and as set forth in the Initial Case Management Order:

(a) Plaintiff requests that the deadline for completion of all **written discovery and the depositions of all fact witnesses** (see ¶ **F** of the Initial Case Management Order) be extended to **December 15, 2025**;

(b) Plaintiff requests that the **Joint Mediation Report** deadline (see ¶ **J** of the Initial Case Management Order) be extended to **December 1, 2025**; and

(c) Plaintiff requests that the deadline for **dispositive motions** for both parties (see ¶ **K** of the Initial Case Management Order) be extended to **January 15, 2026**.

5. Plaintiff certifies that the foregoing Motion has been discussed with opposing counsel. No opposition to an extension has been expressed by the Defendant, although Defendant has not yet responded to the 60 day suggestion.

Respectfully submitted,

**BURGER LAW FIRM**

*/s/Wm Kennerly (Ken) Burger*
Wm Kennerly (Ken) Burger, BPR #3731
*Attorney for Plaintiff*
12 North Public Square
Murfreesboro, TN 37130
T: 615-893-8933; F: 615-893-5333
kenburger@comcast.net

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served via email on the 30th day of September, 2025.

**McINTEER & O'REAR PLC**
Howell O'Rear
Seth M. McInteer
*Attorneys for Defendant*
2209 Crestmoor Road, Suite 310
Nashville, TN 37215
T: 615-724-6207; F: 615-523-1311
howell@mcolawfirm.com
seth@mcolawfirm.com


**ROBINSON & COLE LLP**
William E. Bradley *(pro hac vice)*
Kyle G. Hepner *(pro hac vice)*
1201 Pennsylvania Ave NW, Suite 820
Washington, DC 20004
T: 771-213-5602
wbradley@rc.com
khepner@rc.com

*/s/Wm Kennerly (Ken) Burger*