> Motion GRANTED.
> All extensions as requested.
> *[Signature]*

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT FOR TENNESSEE

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON ) | |
| ) | |
| Plaintiff, ) | Civil Action Number 3:24-cv-922 |
| ) | |
| v. ) | Jury Demand |
| ) | |
| ) | Judge Trauger |
| HUBBELL INDUSTRIAL CONTROLS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES

1. The record reflects that a Case Management Order was entered following the hearing on May 5, 2025 (Doc. 46).

2. Substantial discovery has been completed in the interim. A difficult discovery dispute has arisen, prompting the filings of opposing motions, which remain under advisement. The discovery filings include:

    (a) A Joint Discovery Dispute Statement (Doc. 52), filed August 1, 2025, with attachments;

    (b) Plaintiff's Motion to Compel Discovery and for FRCP Rule 37 Sanctions (Doc. 53), filed August 1, 2025, with attachments.

    (c) Plaintiff's Motion to Waive Telephone Discovery Conference (Doc. 54);

    (d) Defendant's Opposition to Plaintiffs' Motion to Compel (Doc. 56).

3. The Court entered an Order granting the Plaintiff's Motion to Waive the Telephone Discovery Conference, and referred the discovery dispute to the Magistrate Judge (Doc. 55). No scheduling stays were directed. Shortly after that referral Order, Plaintiff