# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| TIMOTHY ALLEN ATCHISON, <br><br> Plaintiff, <br><br> v. <br><br> HUBBELL INDUSTRIAL CONTROLS, INC., <br><br> Defendants. | Case No. 3:24-CV-922 <br><br> Judge Trauger |

## JOINT STATEMENT REGARDING MEDIATION

Pursuant to paragraph J of the Initial Case Management Order, Defendant Hubbell Industrial Controls, Inc. and Plaintiff Timothy Allen Atchison (collectively "the Parties") hereby inform the Court that the Parties discussed the prospect of engaging in a formal mediation and have declined to pursue mediation.

Respectfully submitted,

*/s/ Howell O'Rear*
Howell O'Rear (BPR #26509)
Seth M. McInteer (BPR #26471)
McInteer & O'Rear PLC
2209 Crestmoor Rd., Ste. 310
Nashville, TN 37215
howell@mcolawfirm.com
seth@mcolawfirm.com
Ph. 615-724-6207
Fax 615-523-1311

William E. Bradley (*pro hac vice*)
Kyle G. Hepner (*pro hac vice*)

        Robinson & Cole LLP
        1201 Pennsylvania Avenue, NW, Ste. 820
        Washington, DC 20004
        wbradley@rc.com
        khepner@rc.com
        Ph. 771-213-5602
        *Counsel for Hubbell Industrial Controls, Inc.*


        */s/Wm Kennerly (Ken) Burger*
        Wm Kennerly (Ken) Burger (BPR #3731)
        Burger Law Firm
        12 North Public Square
        Murfreesboro, TN 37130
        kenburger@comcast.net
        Ph 615-893-8933
        Fax 615-893-5333

        *Counsel for Plaintiff*


## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was electronically filed with the Court using the CM/ECF system to the following on Dec 1, 2025:

    Wm. Kennerly Burger (BPR #3731)
    Burger Law Firm
    12 North Public Square
    Murfreesboro, TN 37130
    T: 615-893-8933
    F: 615-893-5333
    kenburger@comcast.net

        /s/ *Howell O'Rear*